tion. The complaint charges that Amando Hinojosa committed the assault while the information charges that Edwin Dale Addison assaulted the injured party.

 A valid complaint is a prerequisite to a valid information. Byrom v. State, 158 Tex.Cr.R. 427, 256 S.W.2d 853. Without a complaint, the County Court has no jurisdiction. McQueen v. State, 135 Tex.Cr.R. 74, 117 S.W.2d 79.

The judgment is reversed and the prosecution ordered dismissed.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is aggravated assault; the punishment, 30 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Charles BONIN, Appellant,

v.

The STATE of Texas, Appellee.

No. 27744.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

Jesse QUIJANO, Appellant,

v.

The STATE of Texas, Appellee.

No. 27743.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

